Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Tony Nguyen

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **26 CV 2459**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Barclays

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

2026 MAR 25 PM 2: 19 RECEIVED SDNY PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tony Nguyen |
| Street Address | 3027 Nicol Ave Oakland CA 94602 |
| City and County | Oakland (Alameda County) |
| State and Zip Code | CA 94602 |
| Telephone Number | 5106120952 |
| E-mail Address | Tlok03@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                                Barclays

    Job or Title *(if known)*

    Street Address                745 Seventh Avenue, New York, NY 10019

    City and County            NEW YORK (NEW YORK COUNTY)

    State and Zip Code       NY 10019

    Telephone Number       (312) 609-7200

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ARTICLE 1 SECTION 10: RIGHT TO CONTRACT

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Tony Nguyen                          , is a citizen of the State of *(name)*  CALIFORNIA                  .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)*   Barclays            , is incorporated under

the laws of the State of *(name)*   NEW YORK        , and has its

principal place of business in the State of *(name)*   NEW YORK      .

Or is incorporated under the laws of *(foreign nation)*            ,

and has its principal place of business in *(name)*            .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000.00 AMOUNT OWED FOR VIOLATION OF TRUST SECURITY AGREEMENT

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I SENT THE NOTICE OF UNPAID LIEN TO THE COMPANY (WHICH I WILL ATTACH TO THIS CASE), LETTING THEM KNOW ABOUT THE FIRST OBLIGATION TRUST LIEN THAT I NEEDED TO GET TAKEN CARE (WHICH HAD NOTHING TO DO WITH THEM). THEY COMPLETELY IGNORED THE NOTICE AND CONTINUED TO REPORT ACCOUNT ON CREDIT WHICH NOW PUTS THEM AT FAULT FOR THE TRUST LIEN SECURITY AGREEMENT PAY OFF FOR DELAYING AND IGNORING THE FIRST OBLIGATION PAY OFF.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,000,000.00 AMOUNT OWED FOR TRUST SECURITY AGREEMENT VIOLATION
FAIR CREDIT ACT VIOLATION: $1,000 PER VIOLATION
ACCOUNT PAID OFF ON CREDIT AND REPORT ACCOUNT AS "IN GOOD STANDING"

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney        Tony Nguyen

Printed Name of Attorney      Tony Nguyen

Bar Number

Name of Law Firm

Street Address              3027 Nicol Ave Oakland CA 94602

State and Zip Code           CA 94602

Telephone Number            5106120952

E-mail Address              Tlok03@yahoo.com

Page 5 of 5

Print        Save As...        Add Attachment        Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Tony Nguyen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Barclays | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Tony Nguyen

 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                            *Signature of the attorney or unrepresented party*

 *Printed name of party waiving service of summons*                                  *Printed name*

                                                                 *Address*

                                                      *E-mail address*

                                                     *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Print | Save As... | | Reset |
|---|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tony Nguyen | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Barclays | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Barclays
745 Seventh Avenue, New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Tony Nguyen | ) |
| *Plaintiff* | ) |
| v. | )    Case No. |
| Barclays | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|

**Name: Tony Nguyen**

(Trustee)

**Address: 3027 Nicol Ave Oakland CA 94602**

**Lien Holder: Barclays**

**Lien Holder Address: 745 Seventh Avenue, New York, NY 10019**

**Date: MARCH 10TH 2026**

### Notice of Unpaid Lien

I **Tony Nguyen** (Trustee) of **Tony Nguyen Revocable Living Trust** send you **Lien Holder**, a notice letting you know there is a lien on **Tony Nguyen** Assets which includes the following:

**Barclays-CREDIT ACCOUNT**

NO ASSETS OR MONEY Can be Recouped Until The lien of **$1,000,000.00** is PAID IN FULL to The **Tony Nguyen** Revocable Living Trust.

If You Violate this notice by NO RESPONSE, taking the Listed Assets or even Send a Letter stating you will still take the Listed asset or assets from **Tony Nguyen** after being notified with this notice, you now opt in to paying **Tony Nguyen Revocable Living Trust** the **$1,000,000.00** Lien, ALL the money back **Tony Nguyen** has

Paid even including the Total Sales Price WITH ASSET PAID OFF ON

YOUR CREDIT in the form of a check with the **Title or Deed** mailed to

**3027 Nicol Ave Oakland CA 94602.**

**FOR THE RECORD: Tony Nguyen OPTS OUT OF ANY AND EVERY 3RD PARTY RIGHTS Lien Holder CONTRACT OR IN BUSINESS WITH**

Thanks, **Tony Nguyen**

(Trustee)

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

RECEIVED
SDNY PRO SE OFFICE

26 MAR 25  PM 2:19

how2recycle.info

PAPER POUCH

SKNA

FROM:

Tony Nguyen
307 Nicol Ave
Oakland CA 94602

TO:

Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl St.
New York, NY 10007

USM SDNY

UNITED STATES POSTAL SERVICE®

Retail

US POSTAGE PAID
$11.95

Origin: 94568
03/19/26
0561390251-08

PRIORITY MAIL®

0 Lb 3.30 Oz

RDC 03

EXPECTED DELIVERY DAY:  03/23/26

C099

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9505 5116 3778 6078 6943 97

FLAT RATE
ONE RATE

TRACK



EP14F November 2025
OD: 12 1/2 x 9 1/2

PS00001000014

- Expected del
- Domestic shi
- USPS Tracki
- Limited inter
- When used ii

*Insurance does n
Domestic Mail Mar
** See Internationa

Package Pickup,
QR code.

USPS.COM/PICKUP